UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR LOPEZ, on behalf of himself and all other persons similarly situated,

                Plaintiff,

-against-

KINNLS INC.,

                Defendant.

Case No. 1:25-cv-06800 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    Defendant's deadline to respond to Plaintiff's complaint was September 17, 2025. *See* Dkt. 7. That deadline was not met. As a courtesy, the Court extended Defendant's deadline to September 29, 2025. Dkt. 8. Then, at Plaintiff's request, the Court further extended Defendant's response deadline to October 30, 2025. Dkts. 9, 10. That date has passed without Defendant responding to the complaint or otherwise communicating with the Court.

    Accordingly, it is hereby ORDERED that Plaintiff shall file a letter informing the Court of proposed next steps in this matter no later than **November 11, 2025**.

Dated: November 4, 2025
       New York, New York

                          SO ORDERED.

                          *Jennifer Rochon*
                          JENNIFER L. ROCHON
                          United States District Judge